HENRY R. BERNARD, Respondent, v. GOLDEN GATE MANUFACTURING COMPANY, Appellant.

*Contract — royalties — action for breach of contract to pay royalties.*

*Bernard* v. *Golden Gate Manfg. Co.*, 187 App. Div. 542, affirmed.

(Argued May 12, 1921; decided May 31, 1921.)

APPEAL from a judgment, entered May 7, 1919, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendant entered upon a verdict directed by the court and directing judgment in favor of plaintiff. The action was to recover for failure to pay royalties alleged to be due the plaintiff under a contract whereby he assigned to defendant the sole right to manufacture and sell certain patented articles owned or controlled by plaintiff.

*Holmes V. M. Dennis, Jr.,* and *Joseph S. Buhler* for appellant.

*Walter L. Post* and *Charles M. Russell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.